**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **NELSON BERNARD d/b/a KONICN ATEL** <br><br> Plaintiffs, <br><br> **VERSUS** <br><br><br> **WILSHIRE INSURANCE CO., ET AL** <br> Defendant. | **CIVIL ACTION NO. 2:22-cv-5005** <br><br><br> **JUDGE: JAMES D. CAIN, JR.** <br><br><br> **MAGISTRATE: KATHLEEN KAY** |

**ORDER OF DISMISSAL**

Considering the foregoing Joint Motion for Dismissal;

**IT IS HEREBY ORDERED THAT** the Joint Motion to Dismiss with Prejudice is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED THAT** all claims of the Plaintiff, Nelson Bernard d/b/a Konicn Atel, in this matter be and are hereby dismissed, with prejudice, and with each party to bear its own costs.

THUS DONE AND SIGNED in Chambers this 15th day of November, 2023.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE